1116

No. 72–580. American Civil Liberties Union et al. v. Laird, Secretary of Defense, et al. C. A. 7th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–584. Martino et al. v. United States. C. A. 5th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–601. Corey v. Avco-Lycoming Division, Avco Corp. Sup. Ct. Conn. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–715. United States v. St. Louis-San Francisco Railway Co. et al. C. A. 8th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–716. Wilbanks v. Alabama. Ct. Crim. App. Ala. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–5184. Lynch v. Iowa. Sup. Ct. Iowa. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–5244. Rigdon v. United States. C. A. 6th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–5279. Hillen v. Hawaii State Prison Superintendent. C. A. 9th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–5389. Johnson v. Virginia. Sup. Ct. Va. Certiorari denied. Mr. Justice Douglas would grant certiorari.